Z. KATHRYN BRANSON, ESQ., Bar No. 11540
STEVEN J.T. WASHINGTON, ESQ., Bar No. 14298
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: kbranson@littler.com
          swashington@littler.com

*Attorneys for Defendant*
WALMART INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIERRA PERKINS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC. a Foreign Corporation,<br><br>Defendant. | Case No. 2:21-cv-01214-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff TIERRA PERKINS ("Plaintiff") and Defendant WALMART INC. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of August 3, 2021, up to and including **August 17, 2021**.

Such extension is necessary in light of the fact that Defendant's counsel was recently retained and requires the additional time to investigate the allegations in the Complaint and prepare and file Defendant's responsive pleading.

///

///

///

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: July 30, 2021                                               Dated: July 30, 2021

/s/ Trevor J. Hatfield                                                  /s/ Steven J.T. Washington
TREVOR J. HATFIELD, ESQ.                              Z. KATHRYN BRANSON, ESQ.
HATFIELD & ASSOCIATES, LTD.                      STEVEN J.T. WASHINGTON, ESQ.
                                                                                  LITTLER MENDELSON P.C.

*Attorney for Plaintiff*                                              *Attorneys for Defendant*
TIERRA PERKINS                                                  WALMART INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: __August 1__, 2021

_____
UNITED STATES MAGISTRATE JUDGE

4853-0509-8484.1 / 080000-1000