UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIERRA PERKINS, an individual, | Case No. 2:21-cv-01214-JCM-BNW |
| Plaintiff, | **DEFENDANT'S STATUS REPORT** |
| v. | |
| WALMART, INC, a Foreign Corporation, | |
| Defendant. | |

Pursuant to the Court's Minute Order dated January 3, 2022 (ECF No. 24), the deadline to file a stipulation of dismissal of this case is January 13, 2022. The parties were further instructed to file a status report with the Court if this deadline could not be met. Due to the strain placed on business resources by the holidays, unexpected administrative delays including the absences of key personnel and limited staff, and erratic shipping schedules experienced by Defendant's national delivery courier (FedEx) due to COVID-19, Defendant requests an additional 10 days, up to and including January 24, 2022[1], to file dismissal paperwork in this matter. The undersigned discussed the foregoing with

/ / /

/ / /

/ / /

/ / /

---

[1] Deadline falls on Sunday, moved to Monday.

counsel for Plaintiff via telephone on January 13, 2022 and he is apprised of the unexpected delays.

Dated: January 13, 2022

/s/ Steven J.T. Washington
Z. KATHRYN BRANSON, ESQ.
STEVEN J.T. WASHINGTON, ESQ.
LITTLER MENDELSON P.C.

*Attorneys for Defendant*
WALMART INC.

## ORDER

IT IS SO ORDERED.

Dated: January 14, 2022

Nancy J. Koppe
United States Magistrate Judge